UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

SAVANNA M. COPE,

    Plaintiff,

v.

COMMISSIONER OF SOCIAL SECURITY,

    Defendant.

                                                /

Case No. 1:16-cv-1155
Hon. Ray Kent

## JUDGMENT

In accordance with the Opinion filed this date:

The decision of the Commissioner is **REVERSED** pursuant to sentence four of 42 U.S.C. § 405(g) and the case is **REMANDED** to the Commissioner for further proceedings as outlined in the Opinion.

    **IT IS SO ORDERED.**


Dated: September 11, 2017        /s/ Ray Kent
                                                RAY KENT
                                                United States Magistrate Judge